UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-01879-SPG-MAR | Date | July 14, 2026 |
| Title | Adam Vargas v. Northrop Grumman Systems Corporation et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

On May 8, 2026, on joint stipulation of the parties, the Court ordered that Defendants Northrop Grumman Corporation and Patrick Moisan's deadline to respond to Plaintiff Adam Vargas's First Amended Complaint, (ECF No. 10 ("FAC")), was set for fourteen days after the date of entry of the Court's ruling on Plaintiff's Motion for Remand. *See* (ECF No. 27). The Court entered its ruling on June 24, 2026. *See* (ECF No. 30). Fourteen days have since passed, and the docket reflects that Defendants have not filed a response to the FAC. However, Plaintiff has not moved for entry of default or otherwise continued to litigate the case.[1]

Therefore, the Court issues Plaintiff an order to show cause, in writing, no later than Friday, July 24, 2026, why the case should not be dismissed for lack of prosecution. Plaintiff may otherwise discharge of this Order to Show Cause by filing an entry of default pursuant to Federal Rule of Civil Procedure 55(a). Failure to timely respond to this Order to Show Cause will be deemed consent to dismissal of the case without prejudice.

**IT IS SO ORDERED.**

_________ : _________

Initials of Preparer pg

[1] The Court notes that it has previously issued a deficiency notice on the parties. On March 27, 2026, the Court issued a "Notice of Deficiency and Scheduling Order," (ECF No. 17), because the parties failed to file a Rule 26 meeting report.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-01879-SPG-MAR | Date | July 14, 2026 |
| Title | Adam Vargas v. Northrop Grumman Systems Corporation et al | | |